UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 704, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-3207 (CRC) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff American Federation of Government Employees Local 704 ("AFGE") and Defendant Environmental Protection Agency ("EPA"), through undersigned counsel, respectfully submit this joint status report to apprise the Court of the progress in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

1. Since the last Joint Status Report, the parties continue to confer regarding fees.

2. Accordingly, the parties propose that by September 5, 2024, they shall file a stipulation of settlement and dismissal or, if negotiations are still ongoing, a further status report.

Dated: August 1, 2024            Respectfully submitted,

                                         MATTHEW M. GRAVES, D.C. BAR #481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

By:     */s/ Brenda González Horowitz*
                                         BRENDA GONZÁLEZ HOROWITZ
                                         D.C. Bar #1017243
                                         Assistant United States Attorney
                                         U.S. Attorney's Office, Civil Division
                                         601 D Street, N.W.
                                         Washington, DC 20530
                                         (202) 252-2512
                                         Brenda.Gonzalez.Horowitz@usdoj.gov

                                         *Attorneys for the United States*

                                         /s/ Laura Dumais
                                         Laura Dumais, DC Bar #1024007
                                         Public Employees for Environmental Responsibility
                                         962 Wayne Avenue, Suite 610
                                         Silver Spring, MD 20910
                                         (202) 265-7337

                                         *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 704, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ) ) ) ) Defendant. ) | Civil Action No. 22-3207 (CRC) |

**[PROPOSED ORDER]**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a stipulation of settlement and dismissal or, if negotiations are still ongoing, a further status report apprising the Court of the progress of this litigation on or before September 5, 2024.

SO ORDERED.

_____  _____
Dated                                                                    CHRISTOPHER R. COOPER
                                                                                      United States District Judge